**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

**CASE NO.:** CV 15-03716 SJO (AJWx)      **DATE:** August 13, 2015

**TITLE:** Wendell Walton v. AT and T Inc. et al

===================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                                  Not Present
Courtroom Clerk                                 Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                           Not Present

===================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff Wendell Walton [11] filed 08/12/2015. Dismissal is Without Prejudice. Accordingly, the Court Orders this matter dismissed pursuant to the NOTICE of Voluntary Dismissal.